UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Kuldip S. Grewal; Darshan K. Grewal; Nihchal, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No.** 5:20-cv-00447-SVK <br><br> [proposed] **ORDER Granting Motion for Administrative Relief** |

1    Having reviewed Plaintiff's motion seeking administrative relief, and finding good cause therefore, the Court hereby grants Plaintiff's Motion.

Therefore, the deadline to complete service upon Defendant shall be sixty (60) days from the date of this Order. The Joint Site Inspection deadline shall also be extended sixty (60) days, with all related deadlines adjusted accordingly.

**IT IS SO ORDERED.**

Dated: March 23, 2020

_____
HONORABLE SUSAN van KEULEN
United States Magistrate Judge