UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Kuldip S. Grewal;** <br> **Darshan K. Grewal;** <br> **Nihchal Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case: No.5:20-CV-00447-SVK <br><br> [proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** AS MODIFIED BY THE COURT |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include **AUGUST 3, 2020.**
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: July 17, 2020

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE